FILED

02/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0054

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 22-0054

SHANDOR S. BADARUDDIN,

      Appellant,

v.

THE STATE OF MONTANA &

THE NINETEENTH JUDICIAL DISTRICT,

      Appellees.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), Appellee the State of Montana is given an extension of time until March 8, 2023 to prepare, file and serve its answer brief.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 13 2023